IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Newport News Division

**METROPOLITAN SOLUTIONS GROUP, INC.**,

*Plaintiff*,

v.                                                                Case No.  4:21cv0099-RCY-DEM

**VIVIAN DAMARIS RODRIGUEZ,**

**IRMA AIDALI ROJAS DE ROMERO,**

**PATRICIA MARTINEZ DUARTE,**
Individually and trading as "PMD Interactive",

**ILLUSTRA SERVICES LLC,**
A California limited liability company,

**ILLUSTRA SERVICES LLC,**
A Virginia limited liability company,

**NICHOLAS FLORES,**
Individually and trading as "Main Deck Professional Training Services"

**and**

**NICHOLAS RAY HOLLADAY,**

*Defendants*.

    TO:    Illustra Services, LLC
             A California Limited Liability Company
             Irma Aidali Rojas de Romero, Registered Agent
             973 Wind Cave Place
             Chula Vista, California 91914

Pursuant to the provisions of Rule 4 of the Federal Rules of Civil Procedure, please be advised as follows:

## WHY ARE YOU GETTING THIS?

A lawsuit has been filed against you, or the entity that you represent, in this Court under the numbers shown above.  A copy of the Complaint is attached.

This is not a summons, or an official notice from the Court.  It is a request that, to avoid expenses, you waive formal service of a summons by signing and returning the enclosed waiver.  To avoid these expenses, you might return the waiver within thirty (30) days from the date shown below, which is the date this notice was sent.  Two copies of the waiver notice are enclosed, along with a stamped, self-addressed envelope or other prepaid means of returning one copy.  You may keep the other copy.

## WHAT HAPPENS NEXT?

If you return the signed waiver, I will file it with the Court.  The action will then proceed as if you had been served on the date the waiver is filed, but no summons will be served on you and you will have sixty (60) days from the date this notice is sent (see the date below) to answer the complaint.

If you do not return the signed waiver within the time indicated, I will arrange to have the summons and complaint served on you.  I will ask the Court to require you, or the entity that you represent, to pay the expenses of making service.

Please read the enclosed statement about the duty to avoid unnecessary expenses.

I certify that this request is being sent to you on the date below.

Dated: August 17, 2021.

                                                                                    By: _____
                                                                                             Of Counsel

Stephen E. Heretick, Esquire
Virginia Bar No. 29919
STEPHEN E. HERETICK, P.C.
715 Loudoun Avenue
Portsmouth, Virginia 23707
(757) 397-9923
(757) 397-9925 (fax)
Steve@Hereticklaw.com
*Counsel for the Plaintiff, Metropolitan Solutions Group, Inc.*

**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Newport News Division**

**METROPOLITAN SOLUTIONS GROUP, INC.**,

                                  *Plaintiff*,

v.                                                    **Case No.  4:21cv0099-RCY-DEM**

**VIVIAN DAMARIS RODRIGUEZ,**

**IRMA AIDALI ROJAS DE ROMERO,**

**PATRICIA MARTINEZ DUARTE,**
Individually and trading as "PMD Interactive",

**ILLUSTRA SERVICES LLC,**
A California limited liability company,

**ILLUSTRA SERVICES LLC,**
A Virginia limited liability company,

**NICHOLAS FLORES,**
Individually and trading as "Main Deck Professional Training Services**"**

**and**

**NICHOLAS RAY HOLLADAY,**

                                  *Defendants*.

      TO:    Stephen E. Heretick, Esquire
              STEPHEN E. HERETICK, P.C.
              715 Loudoun Avenue
              Portsmouth, Virginia 23707
              *Counsel for the Plaintiff, Metropolitan Solutions Group, Inc.*

      I have received your request to waiver service of a summons in this action, along with a copy of the Complaint, two copies of this waiver form, and a prepaid means of returning one signed copy of this form to you.

      I or the entity that I represent agree to save the expense of serving a summons and complaint in this case.

I understand that I, or the entity that I represent, will keep all defenses and objections to the lawsuit, the court's jurisdiction, and the venue of the action, but that I waive any objections to the absence of a summons or of service.

I also understand that I, or the entity that I represent, must file and serve an answer or a motion under Rule 12 within 60 days from the date when this request was sent. If I fail to do so, a default judgment will be entered against me or the entity that I represent.

Date: _____, 2021.

_____     <u>Illustra Services, LLC- California</u>
Signature     Irma Aidali Rojas de Romero, Registered Agent
    Printed Name

_____     _____
Address     City/State/Zip

_____     _____
E-Mail Address     Telephone Number

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Newport News Division

**METROPOLITAN SOLUTIONS GROUP, INC.**,

*Plaintiff*,

v.                                    Case No.  4:21cv0099-RCY-DEM

**VIVIAN DAMARIS RODRIGUEZ,**

**IRMA AIDALI ROJAS DE ROMERO,**

**PATRICIA MARTINEZ DUARTE,**
Individually and trading as "PMD Interactive",

**ILLUSTRA SERVICES LLC,**
A California limited liability company,

**ILLUSTRA SERVICES LLC,**
A Virginia limited liability company,

**NICHOLAS FLORES,**
Individually and trading as "Main Deck Professional Training Services**"**

**and**

**NICHOLAS RAY HOLLADAY,**

*Defendants*.

    TO:    Stephen E. Heretick, Esquire
            STEPHEN E. HERETICK, P.C.
            715 Loudoun Avenue
            Portsmouth, Virginia 23707
            *Counsel for the Plaintiff, Metropolitan Solutions Group, Inc.*

     I have received your request to waiver service of a summons in this action, along with a copy of the Complaint, two copies of this waiver form, and a prepaid means of returning one signed copy of this form to you.

     I or the entity that I represent agree to save the expense of serving a summons and complaint in this case.

  I understand that I, or the entity that I represent, will keep all defenses and objections to the lawsuit, the court's jurisdiction, and the venue of the action, but that I waive any objections to the absence of a summons or of service.

  I also understand that I, or the entity that I represent, must file and serve an answer or a motion under Rule 12 within 60 days from the date when this request was sent. If I fail to do so, a default judgment will be entered against me or the entity that I represent.

Date: _____, 2021.

| | |
|---|---|
| _____ | <u>Illustra Services, LLC- California</u> |
| Signature | Irma Aidali Rojas de Romero, Registered Agent |
| | Printed Name |
| _____ | _____ |
| Address | City/State/Zip |
| _____ | _____ |
| E-Mail Address | Telephone Number |

## DUTY TO AVOID UNNECESSARY EXPENSES
## OF SERVING A SUMMONS

Rule 4 of the Federal Rules of Civil Procedures requires certain defendants to cooperate in saving unnecessary expenses of serving a summons and complaint. A defendant who is located in the United States and who fails to return a signed waiver of service requested by a plaintiff located in the United States will be required to pay the expenses of service, unless the defendant shows good cause for the failure.

"Good cause" does not include a belief that the lawsuit is groundless, or that it has been brought in an improper venue, or that the court has no jurisdiction over this matter or over the defendant and the defendant's property.

If you waive service, then you must, within the time specified on the waiver form, serve an answer or a motion under Rule 12 on the plaintiff and file a copy with the court. By signing and returning the waiver form, you are allowed more time to respond than if a summons had been served.