

United States District Court
For the Eastern District of Virginia
E-Noticing Registration Request for Pro Se Litigants

Case Number: 4:21-cv-00099-RCY-DEM

Name: Irma Aidali Rojas de Romero

Address: 700 Silverbrook Dr.

El Cajon, CA 92019

Telephone Number: (619) 540-9692

Email Address: aidaly1988@yahoo.com

The undersigned:
- Consents to receiving notice of filings pursuant to Fed. R. Civ. P. 5(b) via the Court's electronic filing system.
- Waives service and notice by first class mail of all electronically filed documents to include orders and judgments.
- Is responsible for immediately notifying the court in writing of any change of email address.
- Must be registered with PACER (www.pacer.gov).

Signature: _____ Date: 3/22/22

Court Use Only:

The request is GRANTED _____ or DENIED _____

_____  _____
(Judge's Signature)          (Date)